IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 97-CR-180-SEH |
| CAROLE ANNE ROZAK, | |
| Defendant. | |

### Entry of Appearance

Assistant United States Attorney Ammon Brisolara hereby appears as counsel for Plaintiff, United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*/s/ Ammon Brisolara*
AMMON BRISOLARA, OBA #31949
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1029
(918) 382-2700