AMAN

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

NEOPOST 04/08/2024
US POSTAGE $000.64⁰
ZIP 74103
041M11287529
FIRST-CLASS MAIL

TULSA OK 740
8 APR 2024 PM 3'L

Return to Sender
☒ No Package Authorization on File
☐ Incorrect Name/Number - Need Committed Name & Federal Register Number
☐ Forwarding Time Expired
☐ No Correspondence Approval on File
☐ Unauthorized

Carole Ann Rozak
501 Capital Cir NE
Tallahassee, FL 32301-…

NIXIE  322  DC 1  0005/19/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 741033B8199          *0238-02872-19-00

Postmarked 4/8/2024
97cr 180-sch #8
RECEIVED
M

MAY 28 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT